Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
P. O. Box 25970
Fresno, CA 93729
(559) 230-1095

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of | Case No. 14-10398-B-7 |
|---|---|
| | Chapter 7 |
| LAURA GEIGER, | D.C. No. JES-2 |
| | **MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** |
| Debtor. / | Date: 12/08/2015<br>Time: 10:00 AM<br>Dept: B |

TO THE HONORABLE RENÃ LASTRETO II, BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 01/29/2014.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b) (2) (A). This motion is brought pursuant to 11 U.S.C. §363.

4. The asset of the estate is a 2012 Toyota Highlander VIN: 5TDBK3EH8AS026234.

5. The trustee has obtained an offer from debtor, Laura Geiger to purchase the estate's interest in a 2012 Toyota Highlander VIN: 5TDBK3EH8AS026234, ($21,500 fair

market value, less $2,900 exemption credit, and a lien of $10,850), for a net to the estate of $5,000. The funds have been received by the estate and are awaiting court approval.

6. In deciding to accept the proposed offer, the Trustee took into consideration the fair market values of the asset(s) and the costs associated with taking possession of, storing, and selling the asset(s) at auction. The Trustee does not believe that the estate would net a higher amount from an auction sale of the asset. The sale is subject to higher and better bid at the time of the hearing. The buyer is purchasing vehicle(s) subject to lien and encumbrances of record

7. The trustee has not agreed to pay commissions to any party in connection with the proposed sale.

8. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he is authorized to sell the above-described assets to debtor, Laura Geiger.

**DATED:** 10/20/15

JAMES E. SALVEN,
Movant